**FILED**

JUN 15 2010

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. **CR 10-042-JHP** |
| DONNA LEANN COOPER, ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

**[29 U.S.C. § 501(c) -- Embezzlement from Labor Organization]**

From about October 26, 2004, continuing to on or about October, 16, 2008, within the Eastern District of Oklahoma, the defendant, **DONNA LEANN COOPER,** while an officer and employee of the Laborers International Union of North America Local 888, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the money, funds and other assets of the Laborers International Union of North America Local 888, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

SHELDON J. SPERLING
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

*(signature)*
GREGORY DEAN BURRIS, OBA # 16995
Assistant United States Attorney